Bruce D. Katz, Esq. (BK2041)
Bruce D. Katz & Associates
225 Broadway – 37th Floor
New York, NY 10007
(212)233-3434

*Attorneys for Plaintiff*
Harstell Corp. (d/b/a Oasis Day Spa)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
HARSTELL CORP.,                            )        ECF CASE
d/b/a OASIS DAY SPA,                       )
                                           )        CIVIL ACTION NO.
                    Plaintiff,             )
                                           )
            v.                             )        **STATEMENT PURSUANT**
                                           )        **TO RULE 7.1**
HAERI LEE's NAIL CORP. d/b/a               )
OASIS SPA, C. LEE, HAERI LEE               )
and LEE CHANG,                             )
                                           )
                    Defendants.            )
_____)

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private, non-governmental party), certifies that said party has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:  New York, New York
        April 18, 2007
                                            BRUCE D. KATZ & ASSOCIATES.

                                    By:     /s/_____
                                            Bruce D. Katz, Esq. (BK2041)
                                            225 Broadway – 37th Floor
                                            New York, NY 10007
                                            (212)233-3434
                                            *Attorneys for Plaintiff*
                                            Harstell Corp. (d/b/a Oasis Day Spa)