Edward A. Keane*
Cornelius A. Mahoney*
Garth S. Wolfson*

Jorge A. Rodriguez*†
─────
Of Counsel
Stephen J. Murray

*Also admitted in NJ
†Also admitted in CT

# MAHONEY & KEANE, LLP

*Attorneys at Law*
*111 Broadway, Tenth Floor*
*New York, New York 10006*
Telephone (212) 385-1422
Facsimile (212) 385-1605
lawoffices@mahoneykeane.com

Connecticut Office
─────
14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax:(203) 222-0252

July 31, 2007



**BY HAND**

THE HON. ROBERT P. PATTERSON
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2550
New York, New York  10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/07

Re:  **SDNY Case No's:**
      **07 Civ. 959 (RPP)**
      **07 Civ. 2562 (RPP)**
      **07 Civ. 3104 (RPP)**
      **07 Civ. 6008 (RPP)**
      Indemnity Ins. Co. of N.
      Am. v. C.U. Transp.,
      Inc., *& Related Actions*
      ***M/V EASLINE TIANJIN***
      Our File No.: 12/3368

Honorable Sir:

    We represent defendant KAWASAKI KISEN KAISHA LTD. (K-LINE) in
the above-referenced actions.  Pursuant to Your Honor's individual
rules of practice and the July 31, 2007 deadline previously set by
the Court, we enclose courtesy copies of K-LINE's Notice of Motion
to dismiss pursuant to the forum-selection agreement contained in
the K-LINE bill of lading, as well as a supporting Declaration and
Memorandum of Law.

    However, we have learned that additional claims, including,
but perhaps not limited to, the action now pending under 07 Civ.
6008, have been or shortly will be filed in connection with this
loss, and K-LINE's time to answer them has not yet even run.  But
we believe the resolution of the additional claims, as far as the
United States proceedings are concerned, would likely be guided by
the Your Honor's decision on the enclosed motion, in any event.

    Accordingly, we request that K-LINE's time to move with
respect to venue in the new claims be extended until 30 days from
the time of the Court's ruling on the pending motion.

*application granted*
*So ordered*
Robert P. Patterson USDJ
7/31/07

**MAHONEY and KEANE**

We thank the Court for its consideration.

Respectfully submitted,

MAHONEY & KEANE, LLP

By: _____
Garth S. Wolfson

cc (via fax, w/out encl's):

DAVID L. MAZAROLI, ESQ.
11 Park Place
New York, New York 10005
Fax: (212) 732-7352

McDERMOTT & RADZIK, LLP
Wall Street Plaza
88 Pine Street
New York, New York  10005
Fax: (212) 376-6490

BADIAK & WILL, LLP
106 Third Street
Mineola, New York  11501
Fax: (516) 877-2230

CASEY & BARNETT LLC
317 Madison Avenue, 21st Floor
New York, New York  10017
Fax: (212) 286-0261

CICHANOWICZ, CALLAN, KEANE,
VENGROW & TEXTOR LLP
61 Broadway, 30th Floor
New York, New York
Fax: (212) 344-7285

HILL RIVKINS & HAYDEN,LPP
45 Broadway, Suite 1500
New York, New York  10006
Fax: (212) 669-0698